IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:09-CV-0600 AWI DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| vs. | [Doc. 7] |
| SGT. GREEN, | |
| Defendant. | |

Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2009, the Court issued a Findings and Recommendations recommending that this action be dismissed for Plaintiff's failure to obey a court order requiring him to pay the filing fee or submit and application to proceed in forma pauperis within forty-five days. (Doc. 7.) Shortly after the Findings and Recommendations were issued, Plaintiff submitted filed, and the Court granted, Plaintiff's application to proceed in forma pauperis. (Docs. 8, 10.). Accordingly, the Court vacates the Findings and Recommendations recommending dismissal of this action.

IT IS SO ORDERED.

Dated: **August 12, 2009**                **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1