# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:09-CV-00600-AWI-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 14) |
| GREEN, et al., | RESPONSE DUE WITHIN 14 DAYS |
| Defendants. | |

Plaintiff Michael Lenoir Smith ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2010, the Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under § 1983 against Defendants Green, Navarro, and T. Lee for retaliation in violation of the First Amendment. Doc. 16. On May 12, 2010, Plaintiff was ordered to submit service documents for the United States Marshal to effect service of process. Doc. 14. As of the date of this order, Plaintiff has not complied or otherwise responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for Plaintiff's failure to obey a court order and failure to prosecute this action. If Plaintiff fails to show cause or otherwise respond, the Court will dismiss this action.

IT IS SO ORDERED.

Dated: **January 5, 2011**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1