# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:09-CV-00600-AWI-DLB PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (DOC. 17) |
| SGT. GREEN, et al., | |
| Defendants. | |

Plaintiff Michael Lenoir Smith ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2010, the Court directed Plaintiff to submit service documents for the United States Marshal to effect service of process. Plaintiff did not respond for over six months, and on January 6, 2011, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute. On January 24, 2011, Plaintiff submitted service documents. As Plaintiff has indicated he seeks to continue prosecution of this action, it is HEREBY ORDERED that the order to show cause is discharged.

IT IS SO ORDERED.

Dated:  **January 27, 2011**         /s/ **Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE

1